IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01752-PSF-BNB

JOSEPH B. TILLMAN,

    Plaintiff,

v.

TONY CAROCHI, Warden, Buena Vista Correctional Facility,
JOE ORTIZ, Executive Director, Colorado Department of Corrections,
CHRISTINA MOSCHETTI, Exec. Dir. Of Time computation, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2005

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 15, 2005

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01752-PSF-BNB

Joseph Tillman
Prisoner No. 112837
Buena Vista Corr. Facility
PO Box 2005
Buena Vista, CO 81211

Joe Ortiz, Tony Carochi,
Christina Moschetti, and
Colorado Department of Corrections – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Tony Carochi, Joe Ortiz, Colorado Department of Corrections, and Christina Moschetti: COMPLAINT FILED 9/8/05, AMENDMENT TO COMPLAINT FILED 12/5/05, SUMMONS, WAIVER, AND CONSENT FORM on 12/23/05.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk